# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### JUDGMENT RENDERED AUGUST 2, 2023

---

### NO. 03-21-00462-CR

---

**Anthony Jesus Torres, Appellant**

**v.**

**The State of Texas, Appellee**

---

### APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND THEOFANIS
### AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.